IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Kristy Michelle Wolff, FNP-C, ADN, BSN, MSN, APRN, | ) ) ) | C/A No.: 3:17-3339-CMC-SVH |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| Bee Healthy Medical Weight Loss Clinic Lexington, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the undersigned after the October 1, 2018 order of the Honorable Cameron McGowan Currie, Senior United States District Judge, in which she found that (1) Plaintiff's Title VII claims should be dismissed for lack of jurisdiction and (2) Plaintiff's ADA claims against the former individual defendants should be dismissed. [ECF No. 68]. Therefore, the undersigned construes the remaining claims of the complaint as alleging ADA claims against Bee Healthy Medical Weight Loss Clinic ("Defendant").

Because Defendant's counsel agreed to accept service on its behalf,[1] Plaintiff need only mail a copy of the original summons and complaint to:

---

[1] Counsel indicated that it was only authorized to accept service on behalf of Bee Healthy Medical Weight Loss Clinic Lexington, LLC. Plaintiff did not object to this clarification of the correct party. Therefore, the undersigned directs the Clerk of Court to correct the docket to reflect Defendant's name as captioned above.

    M. Brian Magargle, Esq.,
    Constangy, Brooks, Smith & Prophete, LLP,
    1301 Gervais Street, Suite 810
    Columbia, SC 29201

Plaintiff is directed to mail the summons and complaint to the above-listed address by October 24, 2018, and counsel for Defendant is requested to file an acknowledgement of service on the docket upon receipt. Defendant is directed to file an answer or other responsive pleading to the complaint within 21 days of its receipt.

    IT IS SO ORDERED.

*[Signature: Shiva V. Hodges]*

October 10, 2018                            Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge