# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kristy Michelle Wolff, *FNP-C, ADN, BSN, MSN, APRN*,<br>*Plaintiff*<br>v.<br>Bee Healthy Medical Weight Loss Clinic Lexington, LLC; Julie, *Coordinator*; Valinda Mims, *Clinical Coordinator*,<br>*Defendants* | Civil Action No.  3:17-cv-03339-CMC-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ the plaintiff, Kristy Michelle Wolff, *FNP-C, ADN, BSN, MSN, APRN*, take nothing of the defendants, Julie, *Coordinator* and Valinda Mims, *Clinical Coordinator*, and this action is dismissed with prejudice as to those defendants.

■ the plaintiff, Kristy Michelle Wolff *FNP-C, ADN, BSN, MSN, APRN*, take nothing of the defendant, Bee Healthy Medical Weight Loss Clinic Lexington, LLC, as to plaintiff's Title VII claim and, this action is dismissed without prejudice as to that claim.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having adopted, as supplemented, the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, granting Defendants Julie and Valinda Mims's motions to dismiss and, having granted in part Defendant's Bee Healthy Medical Weight Loss Clinic Lexington, LLC's motion to dismiss.

Date:  July 23, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*